JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY, an Illinois corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>MARIA T. LAZO, an individual, GUILLERMO R. LAZO, an individual, JUSTIN M. JOHNSON, an individual, and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No.: 23-cv-10242-SPG-JDE<br><br>**ORDER ON JOINT STIPULATION FOR JUDGMENT** |

**ORDER**

The Court orders:

(i) that State Farm pay a portion of the Policy's death benefit in the amount of $240,000.00 to Defendants Maria T. Lazo and Guillermo Lazo;

(ii) that State Farm pay a portion of the Policy's death benefit in the amount of $10,000.00 to Defendant Justin M. Johnson;

(iii) after payment of $250,000.00 of the Policy's approximately $257,151.68 total death benefit and interest, State Farm is discharged from further liability related to the Policy;

(iv) that State Farm be reimbursed its attorneys' fees and costs related to this interpleader action in the amount of $7,151.68, to be deducted from the Policy's death benefit and interest thereon paid to Defendants;

(v) Defendants are restrained from instituting or further prosecuting any other proceeding in any court in this status affecting the rights and obligations as between the Parties related to the Policy;

(vi) except as provided in this Stipulation, each side to bear its own attorneys' fees and costs; and

(vii) that this action be dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Date: March 26, 2024

The Honorable Sherilyn Peace Garnett
UNITED STATES DISTRICT JUDGE